Case 3:13-cr-00013   Document 23   Filed 10/02/13   Page 1 of 2 PageID #: 48

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA        )
                                )
                                )
    v.                          )        No. 3:13-00013
                                )        JUDGE SHARP
                                )
MICHAEL ANTHONY COLEMAN         )

## MOTION TO CONTINUE REVOCATION HEARING

Michael Anthony Coleman, through counsel, respectfully moves this Honorable Court to continue his revocation hearing currently scheduled for **Thursday, October 3, 2013, at 1:30 p.m.** (D.E. 22). The basis for this motion is that counsel has been advised that the state case which forms the basis for the revocation petition, has been bound over to the Davidson County Grand Jury. Resolution of the state case will not occur prior to the revocation hearing. Given the fact that the state case presents the more serious alleged violation of Mr. Coleman's supervised release, it would be beneficial to the Court to determine the outcome of the state matter before proceeding with the revocation hearing in the instant matter. Accordingly, it is respectfully requested that this matter be continued for a period of 60 days.

Undersigned Counsel has contacted U.S. Probation Officer Joshua Smith who has expressed opposition to a continuance of this matter. A voicemail message has also been left for Assistant U.S. Attorney Van Vincent to ascertain his position regarding a continuance. As of the time of this filing, undersigned counsel has not received Mr. Vincent's position regarding this motion.