UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| **vs.** ) | CASE NO. 3:13-00013 |
| ) | JUDGE KEVIN H. SHARP |
| MICHAEL ANTHONY COLEMAN ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Revocation Hearing (Docket No. 21) to which there is no opposition.

The motion is GRANTED and the hearing set for December 5, 2013, is hereby rescheduled for Friday, February 7, 2014, at 2:30 p.m.

IT IS SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE